# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OTOC GROUP, LLC, | ) |
| Plaintiff, | ) |
| v. | ) No. CIV-25-996-R |
| DONNIE ANDERSON, et al., | ) |
| Defendants. | ) |

## ORDER

The matter is before the Court on Plaintiff's Motion to Remand [Doc. No. 5], to which Defendants responded in opposition [Doc. Nos. 10]. A hearing on the motion was held on October 24, 2025. At the hearing, Plaintiff indicated that it does not intend to proceed with a federal claim and the parties agreed that in the absence of a federal claim, this action should be remanded. *See Royal Canin U. S. A., Inc. v. Wullschleger,* 604 U.S. 22, 30 (2025) ("If (as here) the plaintiff eliminates the federal-law claims that enabled removal, leaving only state-law claims behind, the court's power to decide the dispute dissolves.").

Accordingly, this action is REMANDED to the District Court of Oklahoma County.

IT IS SO ORDERED this 24th day of October, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE